UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY P. KEYTER,<br><br>                Plaintiff,<br><br>    v.<br><br>D J TRUMP,<br><br>                Defendant. | CASE NO. C19-5379 BHS<br><br>ORDER DENYING PLAINTIFF'S MOTIONS |

This matter comes before the Court on Plaintiff Anthony Keyter's ("Keyter") motion for oral argument in review of 28 USC § 1915(e)(2)(B), Dkt. 8, and motion for due process of law and protection of the law, Dkt. 9.

On May 3, 2019, Keyter filed a motion to proceed *in forma pauperis* and a proposed complaint. Dkts. 1, 1-1. On May 8, 2019, United States Magistrate Judge David W. Christel granted Keyter's motion and stated that the complaint should be reviewed before service. Dkt. 3. On May 15, 2019, the Court dismissed Keyter's complaint *sua sponte* and without leave to amend because his claims were frivolous. Dkt. 6.

On May 16, 2019, Keyter filed a motion for oral argument to explain why his claims are neither malicious nor frivolous. Dkt. 8. On May 28, 2019, Keyter filed a motion for due process of law and protections of the law moving all the judges in the district to review the *sua sponte* dismissal. Dkt. 9.

Upon review of the motions, the Court finds that neither has merit. To the extent that either motion could be considered a motion for reconsideration, Keyter fails to establish a manifest error of law in the order dismissing his claims. Local Rules W.D. Wash. LCR 7(h)(1). Therefore, the Court **DENIES** Keyter's motions.

Finally, Keyter is hereby informed that this case is closed and that the Court will not accept any further motions in this closed case. If Keyter files another motion, the Clerk shall file the motion on the electronic docket but shall not note it for consideration.

**IT IS SO ORDERED**

Dated this 10th day of June, 2019.

BENJAMIN H. SETTLE
United States District Judge